```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX025098
Cashier ID: sg
Transaction Date: 01/19/2010
Payer Name: PETER FORBES
------------------------------------
CIVIL FILING FEE
 For: PETER FORBES
 Amount:         $350.00
------------------------------------
CREDIT CARD
 Amt Tendered:   $350.00
------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

10CV00109

A fee of $45.00 will be assessed on
any returned check.
```