IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00109-CMA-MEH

ASSOCIATIONVOICE, INC.,

      Plaintiff,

v.

ATHOMENET, INC.,
JEFFREY T. SANDERS,
SUSAN D. SANDERS, and
IMARI ADAMS,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 19, 2010.**

      The Unopposed Motion by Defendants AtHomeNet, Inc., Jeffrey Sanders, and Susan Sanders' to Vacate and Reschedule February 22, 2010 Hearing and for Telephonic Attendance [filed February 17, 2010; docket #31] is **granted**. The Motion Hearing on the pending Motion for Limited Expedited Discovery in Support of Motion for Preliminary Injunction [filed January 20, 2010; docket #3] set for February 22, 2010, is **vacated** and **rescheduled** to **February 23, 2010**, at **9:00 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

      Once counsel for Defendants located in Georgia has entered an appearance, such counsel may attend the hearing by phone and shall call Chambers at (303) 844-4507 at the designated time.

      Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B