IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00109-CMA-MEH

ASSOCIATIONVOICE, INC.,

    Plaintiff,

v.

ATHOMENET, INC.,
JEFFREY T. SANDERS,
SUSAN D. SANDERS, and
IMARI ADAMS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 19, 2010.**

    In light of Plaintiff's Motion for Entry of Protective Order Proposed by AssociationVoice [filed March 17, 2010; docket #55], the Unopposed Motion for Ruling on which of the Two Competing Proposed Protective Orders Should be Entered in this Matter [filed March 17, 2010; docket #54] is **denied as moot**.