IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00109-CMA-MEH

ASSOCIATIONVOICE, INC.,

    Plaintiff,

v.

ATHOMENET, INC.,
JEFFREY T. SANDERS,
SUSAN D. SANDERS, and
IMARI ADAMS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 26, 2010.**

The Motion to Withdraw Plaintiff's Motion for Expedited Ruling Concerning Form of Confidentiality Order and Substitution of Joint Motion for Expedited Ruling [filed March 23, 2010; docket #65] is **granted**. Plaintiff's Motion for Expedited Ruling Concerning Form of Confidentiality Order [filed March 22, 2010; docket #62] is hereby **withdrawn**.

The Joint Motion for Expedited Ruling Concerning Form of Confidentiality Order [filed March 23, 2010; docket #64] is **granted**. The Court takes the parties' cross-motions for entry of a protective order under advisement, without responses or replies.