IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.** 10-cv-00109-CMA-MEH | **FTR** – Courtroom C203 |
| **Date:** May 19, 2010 | Cathy Coomes, Courtroom Deputy |

ASSOCIATIONVOICE, INC.,	Peter C. Forbes

    Plaintiff,

v.

ATHOMENET, INC.,	Benjamin M. Byrd (by phone)
JEFFREY T. SANDERS,
SUSAN D. SANDERS, and
IMARI ADAMS,	William A. Fletcher, Jr. (by phone)

    Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**    10:13 a.m.

The Court calls case. Appearances of counsel.

Discussion regarding the status of the case, setting a Settlement Conference, depositions taken, and filing of a Motion for Preliminary Injunction by Plaintiff.

Counsel are directed to contact the Court within five (5) business days of the decision on the Motion for Preliminary Injunction to obtain a date for a Settlement Conference.

Discussion regarding Defendants AtHomeNet, Inc. and Sanders' Motion to Compel Discovery and Stay Proceedings (Doc. #78, filed 5/18/10).

**ORDERED:**  Defendants AtHomeNet, Inc. and Sanders' Motion to Compel Discovery and Stay Proceedings (Doc. #78, filed 5/18/10) is GRANTED in part and DENIED in part as stated on the record. Plaintiff shall respond to Defendants' discovery requests no later than the filing of any Motion for Preliminary Injunction to be filed by Plaintiff or by **May 24, 2010,** whichever occurs first. The motion is denied as to a stay of proceedings.

**Court in recess:**    10:24 am.    (Hearing concluded)
Total time in court:    0:11