# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 10-cv-00109-CMA-MEH

ASSOCIATION VOICE, INC., a Colorado corporation,

    Plaintiff,

v.

ATHOMENET, INC., a Georgia corporation,
JEFFREY T. SANDERS, an individual,
SUSAN D. SANDERS, an individual, and
IMARI ADAMS, an individual,

    Defendants.

---

# ORDER OF CLARIFICATION REGARDING
# PRELIMINARY INJUNCTION HEARING

---

The Court has reviewed the pleadings in this case, including briefs and evidence submitted by the parties with regard to whether a preliminary injunction should issue in this case. A number of gaps in the evidence or law exist. As such, at the preliminary injunction hearing scheduled for November 2, 2010, the parties shall be prepared to provide additional evidence and/or legal authority supporting or rebutting the following matters:

    1)    The similarity or differences between the processes or algorithms used by the parties to implement their corresponding features, such as, flow charts, diagrams, or a detailed description of the processes/algorithms.

2) The amount of lead time Plaintiff alleges Defendants gained in developing AHN's application as a result of their access to Plaintiff's "site admin" portions, and evidence to support the same.

3) Whether the Defendants implemented the contested features prior to gaining access to the Landings East website.

4) The features in Exhibit L that Plaintiff alleges were copied, and for each, an identification of Defendants' corresponding feature in Exhibit M.

5) The features Defendants accessed in the "site admin" area of Plaintiff's application.

DATED: October  15 , 2010

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge